UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN A. MILLER,<br><br>                            Plaintiff,<br><br>-against-<br><br>ATTORNEY SALVATORE GRAZIANO; ATTORNEY MAX BERGER; BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP; ATTORNEY DENNIS HERMAN; ATTORNEY SAMUEL RUDMAN; ROBBINS GELLER RUDMAN & DOWD LLP; ATTORNEY JOHN DRUCKER,<br><br>                            Defendants. | 17-CV-5873 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 1, 2017, dismissing this action for lack of subject matter jurisdiction,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:  November 1, 2017
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge